

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-19-00070-CV

Yolanda H. **MONTOYA**, et al,
Appellants

v.

Rosemary H. **GUTIERREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07335
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On March 27, 2019, this court ordered appellants to file or cause to be filed a supplemental clerk's record demonstrating the timeliness of the notice of appeal. On April 4, 2019, the district clerk filed a supplemental clerk's record containing a motion to modify judgment or, in the alternative, motion for new trial filed in the trial court on December 20, 2018—within thirty (30) days of the final judgment. Therefore, appellants' notice of appeal filed on February 5, 2019 in the trial court was timely filed within ninety (90) days of the final judgment. *See* TEX. R. APP. P. 26.1(a).

Appellants' brief is due thirty (30) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court